IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLABS, INC.,<br>1515 Market Street, Suite 1110<br>Philadelphia, Pennsylvania 19102-1905<br><br>Plaintiff,<br><br>v.<br><br>VOCALOCITY, INC.<br>  (fka Vocalocity, LLC,<br>   fka ZivVa Holdings, LLC)<br>600 Virginia Avenue, First Floor,<br>Atlanta, Georgia 30306<br><br>Defendant. | Civ. Action No.  08-39 |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF APPLABS, INC.

Pursuant to FED. R. CIV. P. 7.1, plaintiff AppLabs, Inc. states that it is a wholly-owned subsidiary of AppLabs Private Technology Limited. No publicly-owned company owns 10% or more of AppLabs, Inc. or AppLabs Private Technology Limited's stock.

Dated: January 18, 2008

_[signature]_

Michael J. Barrie (# 4684)
mbarrie@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 1001
Wilmington, Delaware 19801-3011
(302) 888-4554

*Attorneys for Plaintiff,*
*AppLabs, Inc.*

OF COUNSEL:

SCHNADER HARRISON SEGAL & LEWIS LLP

John K. Gisleson
jgisleson@schnader.com
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, Pennsylvania 15222-3001
(412) 577-5200

Thomas W. Hazlett
thazlett@schnader.com
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2345