# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

APPLABS, INC.,                    )
1515 Market Street, Suite 1110      )
Philadelphia, Pennsylvania 19102-1905  )
                                  )
           Plaintiff,         )
                                  )
v.                               )
                                )  Civ. Action No. 08-0039
VOCALOCITY, INC.             )
  (fka Vocalocity, LLC,        )
    fka ZivVa Holdings, LLC)     )
600 Virginia Avenue, First Floor,    )
Atlanta, Georgia 30306         )
                                )
           Defendant.      )

---

## STIPULATION TO EXTEND TIME FOR VOCALOCITY, INC.
## TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO
## THE COMPLAINT OF APPLABS, INC.

---

      Plaintiff AppLabs, Inc. and defendant Vocalocity, Inc., by and through their undersigned counsel, hereby stipulate that the time within which Vocalocity shall answer, move, or otherwise plead in response to AppLabs' Complaint is extended up to and including February 29, 2008.  This is the first such extension of this deadline and it does not exceed thirty (30) days.

Dated:  February 7, 2008


 /s/ Bryan G. Harrison
Bryan G. Harrison
Bgh@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326
(404) 504-7619

*Attorneys for Defendant,*
*Vocalocity, Inc.*

  /s/ Michael J. Barrie
Michael J. Barrie (# 4684)
mbarrie@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 1001
Wilmington, Delaware 19801-3011
(302) 888-4554

*Attorneys for Plaintiff,*
*AppLabs, Inc.*

OF COUNSEL:

SCHNADER HARRISON SEGAL & LEWIS LLP

John K. Gisleson
jgisleson@schnader.com
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, Pennsylvania 15222-3001
(412) 577-5200

Thomas W. Hazlett
thazlett@schnader.com
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2345


APPROVED BY THE COURT:


_____

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2008, I caused a true and correct copy of the foregoing Joint Stipulation to Extend Time for Vocalocity, Inc. to Answer, Move, or Otherwise Plead in Response to the Complaint of AppLabs, Inc. to be served via e-mail and first-class mail addressed as follows:

> Bryan G. Harrison, Esq.
> Bgh@mmmlaw.com
> MORRIS, MANNING & MARTIN, LLP
> 1600 Atlanta Financial Center
> 3343 Peachtree Road, NE
> Atlanta, Georgia 30326
> *Attorneys for Defendant,*
> *Vocalocity, Inc.*

/s/  Michael J. Barrie
Michael J. Barrie