AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

APPLABS, INC.

**SUMMONS IN A CIVIL CASE**

V.

VOCALOCITY, INC.

CASE NUMBER:   0 8 - 3 9

TO: (Name and address of Defendant)
Vocalocity, Inc.
c/o Capitol Services, Inc.
615 South DuPont Highway
Dover, Delaware  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Barrie
Schnader Harrison Segal & Lewis LLP
824 North Market St., Suite 1001
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JAN 1 8 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/18/08 |
| NAME OF SERVER *(PRINT)* Krista Camp | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): serviced receptionist agent Korie Steele

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/18/08__   __Krista Camp__
              Date              *Signature of Server*

615 East Main St. Apt 35D
Maple Shade, NJ 08052
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.