IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLABS, INC.,<br>1515 Market Street, Suite 1110<br>Philadelphia, Pennsylvania 19102-1905<br><br>          Plaintiff,<br><br>v.<br><br>VOCALOCITY, INC.<br>  (fka Vocalocity, LLC,<br>    fka ZivVa Holdings, LLC)<br>600 Virginia Avenue, First Floor,<br>Atlanta, Georgia 30306<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. Action No. 08-0039 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

___

**SECOND STIPULATION TO EXTEND TIME FOR VOCALOCITY, INC.
TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO
THE COMPLAINT OF APPLABS, INC.**
___

      Plaintiff AppLabs, Inc. and defendant Vocalocity, Inc., by and through their undersigned counsel, hereby STIPULATE and AGREE that the time within which Vocalocity shall answer, move, or otherwise plead in response to AppLabs' Complaint is extended fourteen days, up to and including March 14, 2008. This is the second such extension of this deadline and extends the original deadline for defendant's response by only thirty-six days.

      The parties entered a joint stipulation to extend the time for defendant to respond to the complaint from February 7, 2008 to February 29, 2008, which this Court approved on February 29, 2008. During this period, the parties have been engaged in productive discussions in an attempt to resolve this dispute. The parties plan to continue these discussions and believe

that extending defendant's response date for an additional fourteen days will facilitate their efforts to reach an amicable resolution of this matter.

Dated: February 29, 2008

| | |
|---|---|
| /s/ Bryan G. Harrison<br>Bryan G. Harrison<br>Bgh@mmmlaw.com<br>MORRIS, MANNING & MARTIN, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, Georgia 30326<br>(404) 504-7619<br><br>*Attorneys for Defendant,*<br>*Vocalocity, Inc.* | /s/ Michael J. Barrie<br>Michael J. Barrie (# 4684)<br>mbarrie@schnader.com<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>824 N. Market Street, Suite 1001<br>Wilmington, Delaware 19801-3011<br>(302) 888-4554<br><br>*Attorneys for Plaintiff,*<br>*AppLabs, Inc.*<br><br>OF COUNSEL:<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>John K. Gisleson<br>jgisleson@schnader.com<br>Fifth Avenue Place<br>120 Fifth Avenue, Suite 2700<br>Pittsburgh, Pennsylvania 15222-3001<br>(412) 577-5200<br><br>Thomas W. Hazlett<br>thazlett@schnader.com<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103-7286<br>(215) 751-2345 |

APPROVED BY THE COURT:

_____
GREGORY M. SLEET, CHIEF JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February 2008, I caused a true and correct copy of the foregoing Second Stipulation to Extend Time for Vocalocity, Inc. to Answer, Move, or Otherwise Plead in Response to the Complaint of AppLabs, Inc. to be served via e-mail as follows:

>Bryan G. Harrison, Esq.
>Bgh@mmmlaw.com
>MORRIS, MANNING & MARTIN, LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road, NE
>Atlanta, Georgia 30326
>  *Attorneys for Defendant,*
>  *Vocalocity, Inc.*

>/s/ Thomas W. Hazlett
>Thomas W. Hazlett