IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLABS, INC., | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 08-0039 (GMS) |
| | ) | |
| VOCALOCITY, INC. | ) | |
|        Defendant. | ) | |

### NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(i), plaintiff AppLabs, Inc. hereby voluntarily dismisses this civil action in accordance with the terms of the Rule.

Dated:  March 11, 2008

    /s/ Michael J. Barrie
Michael J. Barrie (# 4684)
mbarrie@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 1001
Wilmington, Delaware 19801-3011
(302) 888-4554

*Attorneys for Plaintiff,
AppLabs, Inc.*

OF COUNSEL:

SCHNADER HARRISON SEGAL & LEWIS LLP

John K. Gisleson
 jgisleson@schnader.com
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, Pennsylvania 15222-3001
(412) 577-5200

Thomas W. Hazlett
 thazlett@schnader.com
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2345

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March 2008, I caused a true and correct copy of the foregoing Notice of Dismissal to be served via e-mail as follows:

    Bryan G. Harrison, Esq.
    Bgh@mmmlaw.com
    MORRIS, MANNING & MARTIN, LLP
    1600 Atlanta Financial Center
    3343 Peachtree Road, NE
    Atlanta, Georgia 30326
     *Attorneys for Defendant,*
     *Vocalocity, Inc.*

    /s/ Thomas W. Hazlett
    Thomas W. Hazlett